IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LISA BUSS,

               Plaintiff,                   JUDGMENT IN A CIVIL CASE

  v.

                                        Case No. 16-cv-810-jdp

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

               Defendant.

---

     This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Lisa Buss against Nancy A. Berryhill, Acting Commissioner of Social Security, reversing the Commissioner's decision denying plaintiff's application for disability insurance benefits and remanding this case under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


| s/ K. Frederickson, Deputy Clerk | 8/7/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |